1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   JOAQUIN RAMON QUIROZ,                   1:09-cv-01131 GSA (HC)

12                   Petitioner,
                                             ORDER AUTHORIZING
13        vs.                                IN FORMA PAUPERIS STATUS

14   KENT CLARK,

15                   Respondent.
     _____/
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

19   proceed *in forma pauperis*.  The petition will be screened in due course.

20        IT IS SO ORDERED.

21        Dated:   **July 31, 2009**              **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28